UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CORNELL WADE BRUNSON, SR.,**

    **Plaintiff,**                        **CASE NO.:  3:22-cv-00127-BJD-MCR**

vs.

**MPHH MORTGAGE CORPORATION,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**and TRANS UNION, LLC,**

    **Defendants.**
_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**
**(AS TO TRANS UNION, LLC)**

Plaintiff, CORNELL WADE BRUNSON, SR., by and through undersigned counsel, hereby files this Notice of Dismissal with Prejudice and would represent to the Court that this action has been resolved against Defendant TRANS UNION, LLC.

                                            Dated this 31st day of March, 2022,

                                            **MAX STORY, P.A.**

                                            /s/Max Story, Esquire
                                            **MAX STORY, ESQUIRE**
                                            Florida Bar No.: 527238
                                            AUSTIN J. GRIFFIN, ESQUIRE
                                            Florida Bar No.: 117740
                                            328 2nd Avenue North, Suite 100
                                            Jacksonville Beach, FL  32250
                                            Telephone (904) 372-4109
                                            max@storylawgroup.com
                                            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2022, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/Max Story, Esq.____<br>
Florida Bar No. 527238