# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CORNELL WADE BRUNSON, SR.,**

  **Plaintiff,**       **CASE NO.: 3:22-cv-00127-BJD-MCR**

**vs.**

**PHH MORTGAGE CORPORATION,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**and TRANS UNION, LLC,**

  **Defendants.**

_____/

## NOTICE OF SETTLEMENT
### (As to Experian Information Solutions, Inc., only)

  COME NOW, Plaintiff, CORNELL WADE BRUNSON, SR., by and through undersigned counsel, hereby provides notice that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

      Dated this 18th day of April, 2022.

      **STORY GRIFFIN, PA**

      **/s/ Max Story_____**
      Max Story, Esquire
      Florida Bar No. 0527238
      Austin J. Griffin, Esq.
      Florida Bar No. 0117740
      328 2ND Avenue North
      Jacksonville Beach, Florida   32250
      Telephone: (904) 372-4109
      Fax: (904) 758-5333
      max@storylawgroup.com
      austin@storylawgroup.com
      Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 18, 2022, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.   I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

<u>/s/ Max Story, Esquire</u>
Florida Bar No. 527238