UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORNELL WADE BRUNSON, SR.,

      Plaintiff,

v.                                        CASE NO. 3:22-cv-127-BJD-MCR

PHH MORTGAGE CORPORATION
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendants.

_____/

## ORDER

    **THIS CAUSE** is before the Court on Defendant PHH Mortgage Corporation's Motion for Protective Order ("Motion") (Doc. 24).   The Court has reviewed the Motion and has determined that it is appropriate to preserve the status quo pending receipt of any response to the Motion and the Court's ultimate ruling thereon.

    Accordingly, it is **ORDERED**:

    1.    The Motion (**Doc. 24**) is **TAKEN UNDER ADVISEMENT**. Defendant shall continue to confer with Plaintiff pursuant to Local Rule 3.01(g) in an attempt to resolve the issues in the Motion and if the parties cannot agree, Plaintiff shall file a response to the Motion **no later than August 17, 2022**.

2.      Plaintiff shall immediately serve this Order on the third party who has been served with the subpoena and instruct the third party that no discovery should take place until further order of this Court.[1]   Any third-party discovery that Plaintiff may have already obtained from the third party is hereby **STAYED** until resolution of the instant Motion.[2]

**DONE AND ORDERED** at Jacksonville, Florida, on August 3, 2022.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

---

[1] Defendant claims that "Plaintiff's purported notice of deposition is a nullity and cannot be used to compel [the non-party] to attend a deposition on August 3, 2022." (Doc. 24 at 5.)   This issue is properly decided after receiving a response from Plaintiff's counsel.

[2] The Court has not been provided with the notice of deposition or any of the amended notices of deposition; thus, it is unclear whether any discovery, apart from deposition testimony, is sought by Plaintiff.