UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CORNELL WADE BRUNSON, SR.,

    Plaintiff,

v.                                       Case No. 3:22-cv-127-BJD-MCR

PHH MORTGAGE
CORPORATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court <u>sua sponte</u>. On March 24, 2022, the Court entered a Case Management and Scheduling Order directing the parties to conduct mediation by September 30, 2022. <u>See</u> Case Management and Scheduling Order (Doc. 12). As of today's date, the parties have failed to file a notice with the Court on whether mediation has occurred.

Accordingly, it is **ORDERED**:

On or before **November 30, 2022**, the parties shall advise the Court as to the status of the mediation.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of November, 2022.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties