UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CORNELL WADE BRUNSON, SR.,**

 **Plaintiff,**     CASE NO.: 3:22-cv-00127-BJD-MCR

vs.

**PHH MORTGAGE CORPORATION,**
**d/b/a NewRez, et. al.,**

 **Defendants.**
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**[As to PHH Mortgage Corporation d/b/a NewRez]**

 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Cornell Wade Brunson, Sr., and Defendant PHH Mortgage Corporation, d/b/a NewRez, jointly stipulate to a Dismissal With Prejudice of his claims against Defendant PHH Mortgage Corporation, d/b/a NewRez, with each party to bear its own attorney's fees and costs.

 Respectfully submitted this 23rd day of January, 2023.

| /s/ Max Story, Esq. | /s/ Linda M. Reck, Esq. |
|---|---|
| Florida Bar No. 0527238 | Linda M. Reck, Esq. |
| Austin J. Griffin, Esquire | Florida Bar No.: 669474 |
| Florida Bar No.: 117740 | Greenberg Traurig, P.A. |
| 328 2nd Ave. North, Suite 100 | 450 South Orange Avenue, Suite 650 |
| Jacksonville Beach, FL 32250 | Orlando, FL 32801 |
| Phone: (904) 372-4109 | Telephone: (407) 420-1000 |
| Fax: (904) 758-5333 | Facsimile: (407) 420-5909 |
| max@storylawgroup.com | reckl@gtlaw.com |
| austin@storylawgroup.com | ***Counsel for PHH Mortgage Corporation, d/b/a NewRez*** |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the forgoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 23rd day of January, 2022.

                                            */s/ Max Story*  
                                            Max Story, Esq.  
                                            Florida Bar No. 0527238